FILED
NOV 23 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 09-0935 CRB |
| Plaintiff, | ) | |
| | ) | [PROPOSED] STIPULATED ORDER ALLOWING TRAVEL OUTSIDE OF THE NORTHERN DISTRICT |
| v. | ) | |
| | ) | |
| ROBIN RUGNE, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant Robin Rugne was released at her initial appearance by this Court on her own recognizance. Her travel, however, was restricted to the Northern District of California.

Ms. Rugne has pleaded guilty and is awaiting sentencing. The defense requests that she be given an opportunity to travel to the Eastern District of California over Thanksgiving and Christmas to visit family. The government has no objection to this request.

Therefore, Ms. Rugne's conditions of pretrial release are modified to permit her to travel to the Eastern District of California from November 25, 2009 through and including

*Rugne.*, CR 09-0935 CRB
ORD. PERMITTING TRAVEL:

1  November 30, 2009, and from December 21, 2009 through January 1, 2010.

2  IT IS SO ORDERED.

4  23 Nov 09
   DATED                                    /s/ Bernard Zimmerman
                                            BERNARD ZIMMERMAN
                                            United States Magistrate Court Judge

7  IT IS SO STIPULATED.

   November 23, 2009                        /s
   DATED                                    JOSEPH P. RUSSONIELLO
                                            United States Attorney
                                            Northern District of California
                                            SUSAN BADGER
                                            Assistant United States Attorney


   November 23, 2009                        /s
   DATED                                    BARRY J. PORTMAN
                                            Federal Public Defender
                                            Northern District of California
                                            STEVEN G. KALAR
                                            Assistant Federal Public Defender

*Rugne.*, CR 09-0935 CRB
ORD. PERMITTING TRAVEL:                     2